UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ELBERT LEE VAUGHT, | ) | NO. SA CV 11-833-DOC(E) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| KATHLEEN ALLISON, Warden, | ) | |
| Respondent. | ) | |

Pursuant to the "Order of Dismissal,"

IT IS ADJUDGED that the Petition is denied and dismissed without prejudice.

DATED: June 8, 2011.

/s/ David O. Carter
DAVID O. CARTER
UNITED STATES DISTRICT JUDGE